6208397                                                                                                                                        31374
6312646

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| KIM R. JACKSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 23-cv-2459 |
| KEYSTATE ENTERPRISES, INC., and JESSE L. SHETLER, | ) ) ) ) | Hon. Steven C. Seeger |
| Defendants. | ) | |

## JOINT MOTION FOR SETTLEMENT CONFERENCE

The Defendants, by their attorneys, The Hunt Law Group, LLC, jointly move with the Plaintiff, by his attorney, THE CANTLIN LAW FIRM, to submit this matter to a settlement conference before the magistrate judge.

                                                    Respectfully Submitted,

                                                    THE HUNT LAW GROUP, LLC

By:    */s/ Tim Cantlin*                       */s/ Dennis DeMarco*
        THE CANTLIN LAW FIRM            THE HUNT LAW GROUP, LLC
        Attorneys for Plaintiff                   Attorneys for Defendants
        760 E. Etna Road                       70 W. Madison Street, Suite 3050
        Ottawa, IL 61350                      Chicago, IL 60602
        815-433-4712                           312-384-2300
        815-433-1568 (fax)                 ddemarco@hunt-lawgroup.com
        tcantlin@cantlinlaw.com            jnolan@hunt-lawgroup.com