## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Kim R. Jackson

                          Plaintiff,

v.                                                  Case No.: 1:23–cv–02459
                                                         Honorable Steven C. Seeger

Keystate Enterprises, Inc., et al.

                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 2, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: The joint motion for a settlement conference (Dckt. No. [32]) is hereby granted. The Court hereby refers this case for a settlement conference to the designated Magistrate Judge. The parties must file a status report no later than one week after the completion of the settlement conference. All other dates remain in place. If the parties believe that they are getting close on settlement, they can file a motion to stay the schedule. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.